IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00345-BNB

JUAN GARCIA-BAUTISTA,

    Applicant,

v.

T. K. COZZA-RHODES, Warden-FCI-Florence,

    Respondent.

## ORDER OF DISMISSAL

    Applicant, Juan Garcia-Bautista, is a prisoner in the custody of the Federal Bureau of Prisons at the Federal Correctional Institution in Florence, Colorado. Mr. Garcia-Bautista initiated this action by filing *pro se* a document titled "Notice of Intent to File 28 U.S.C. 2241 and Request for Discovery Pursuant to F.R.C.P. Rule 26" (ECF No. 1). On February 6, 2014, Magistrate Judge Boyd N. Boland entered an order directing Mr. Garcia-Bautista to cure certain deficiencies if he wished to pursue any claims in this action. Specifically, Magistrate Judge Boland ordered Mr. Garcia-Bautista to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and either to pay the $5.00 filing fee or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Mr. Garcia-Bautista was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Garcia-Bautista has failed to cure the deficiencies within the time allowed and

has failed to respond in any way to Magistrate Judge Boland's February 6 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Applicant files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Garcia-Bautista failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   18th   day of   March   , 2014.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court